# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIERE INNOVANTIONS, INC., <br><br> Plaintiff, <br> vs. <br> IWAS INDUSTRIES, LLC, ET AL., <br><br> Defendants. | CASE NO. 07cv1083 BTM(BLM) <br><br> **ORDER RE: ORDER TO SHOW CAUSE** |

In an order filed on June 19, 2007, the Court ordered removing Defendants to show cause why this case should not be remanded. The Court explained that it was unclear from the Complaint and the Notice of Removal whether the amount-in-controversy requirement had been met.

On July 9, 2007, Defendants filed a response to the order to show cause. Upon review of Defendants' response, the Court is satisfied that the amount in controversy is greater than $75,000. Accordingly, the Court will not remand the case at this time.

**IT IS SO ORDERED.**

DATED: July 20, 2007

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge